<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 15-1953**

———————————

TYRONE HURT,

 Plaintiff – Appellant,

 v.

UNITED STATES OF AMERICA,

 Defendant - Appellee.

———————————

**No. 15-1958**

———————————

TYRONE HURT,

 Plaintiff – Appellant,

 v.

INTERNATIONAL CRIMINAL COURTS; INTERNATIONAL PEACE COURT;
THE NATIONAL GUARDS; CHIEF OF POLICE, across this nation,

 Defendants - Appellees.

———————————

Appeals from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge.  (5:15-cv-00193-BO; 5:15-cv-00326-BO)

———————————

Submitted:  January 11, 2016       Decided:  February 9, 2016

———————————

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

—————————————

Tyrone Hurt, Appellant Pro Se.

—————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's orders dismissing these civil actions under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hurt v. United States, Nos. 5:15-cv-00193-BO; 5:15-cv-00326-BO (E.D.N.C. July 1 & Aug. 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED